1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, STEPHANIE VALENCIA; DEMETRA JOHNSON; and JOHN WEBER,<br><br>           Plaintiffs,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. **2:18-cv-03684-FMO-AGR**<br><br>[~~PROPOSED~~] ORDER APPROVING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF V.W., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, MATTIE JOHNSON |

-1-   Case No. 2:18-cv-03684-FMO-AGR
~~PROPOSED~~ ORDER RE PETITION FOR COMPROMISE OF THE CLAIMS OF V.W, A MINOR

# [PROPOSED] ORDER

This Court, having considered Petitioner Mattie Johnson's Petition for Compromise of the Claims of V.W., a minor, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor V.W.'s action against the Defendants in the amount of $3,750,000 is hereby approved. Defendant County of Los Angeles, through counsel, shall prepare and deliver the drafts for the settlement proceeds in the amount of $3,750,000, no later than fourteen (14) days from the date of this Order, payable as follows:

2. A draft for $533,192.15 shall be made payable to the Law Offices of Dale K. Galipo. These funds shall be used to satisfy the attorney fees and costs owed by the minor plaintiff V.W. to plaintiff's counsel;

3. A draft for $2,166,666.95 shall be made payable to the Law Offices of Dale K. Galipo Client Trust Account. These funds shall be used to satisfy the portions of the settlement owed to Plaintiffs John Weber and Demetra Johnson and the attorney fees and costs owed by said plaintiffs to plaintiffs' counsel;

5. A draft for $1,050,140.90 shall be made payable to Met Life Assignment Company Inc. ("MetLife"). These funds shall be used to purchase an annuity in accord with the Addendum (Exhibit "A") to this Order which outlines the future periodic payments.

6. With these funds, the Defendants/Assignee shall purchase an annuity policy from MetLife, which is rated A+ Superior, as determined by A.M. Best Company. MetLife will act as Guarantor for Assignee of the payments outlined in the Addendum to this Order as Exhibit "A";

7. The Court directs the Assignee to purchase the annuity contract on behalf of the minor plaintiff. The funds shall be disbursed in accord with the terms of the Annuity as outlined in the Addendum attached to this Order as Exhibit "A".

1  MetLife shall act as Guarantor of the Defendant/Assignee.  Disbursement drafts will
2  be made payable and will begin being issued directly to V.W. upon reaching the age
3  of maturity according to the payment schedule.
4
5      **IT IS SO ORDERED.**
6
7  Dated: __July 2__, 2019                           _____/s/_____
8                                                    Honorable Fernando M. Olguin
                                                     United States District Court
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28